```
                    IN THE UNITED STATES DISTRICT COURT

                   FOR THE EASTERN DISTRICT OF CALIFORNIA


In re

THOMAS SEBASTIAN LOPILATO,              Civ. S-04-1636 DFL

          Debtor.
_____/        RELATED CASE ORDER


NICHOLAS SCOTT FOSTER,                  Civ. S-05-1965 GEB

          Plaintiff,

     v.

STEPHEN M. REYNOLDS, LAW
OFFICES OF STEPHEN M. REYNOLDS,
ANNE WOLFE, and WOLFE REAL
ESTATE,

          Defendants.
_____/
```

Examination of the above-entitled actions reveals they are related within the meaning of Local Rule 83-123 (E.D. Cal. 2002). The parties should be aware that relating the cases under Local Rule 83-123 merely has the result that both actions are assigned

1 to the same judge; no consolidation of the actions is effected.
2 Under the regular practice of this court, related cases are
3 generally assigned to the judge to whom the first-filed action
4 was assigned.
5     IT THEREFORE IS ORDERED that the action denominated Civ. S
6 05-1965 GEB is reassigned to District Judge David F. Levi for all
7 further proceedings.  Henceforth the caption on all documents
8 filed in the reassigned case shall be shown as Civ. S 05-1965
9 DFL.
10     IT FURTHER IS ORDERED that the Clerk of the Court make
11 appropriate adjustment in the assignment of civil cases to
12 compensate for this reassignment.
13
14 DATED: 3/16/2006
15
16
17 _____
    DAVID F. LEVI
18  United States District Judge